**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| **RAYMOND DORICCHI,** | C/A No.: 6:17-01636-TMC |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES** |
| **GREENVILLE COUNTY SHERIFF'S DEPARTMENT, and JEREMY JONES, Both In His Official Capacity As A Deputy With Greenville County Sheriff's Department, And Individually;** | |
| **Defendants.** | |

In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff hereby submits the following Pretrial Disclosures:

**(i)** **The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises:**

Plaintiff expects to present the following witnesses:

a. Raymond Doricchi, Bell Legal Group, 219 Ridge Street, Georgetown, SC 29446, 843-546-2408.

b. Jeremy Jones, Willson, Jones, Carter & Baxley, 872 Pleasantburg Drive, Greenville, SC 29607, 864-672-3711.

c. Thomas Gowens, 200 Mush Creek Road, Travelers Rest, SC 29690. Phone number unknown.

d. Michael Johnson, 5685 Locust Hill Road, Travelers Rest, SC 29690. Phone number unknown.

e. Greenville Health Systems records custodian, 701 Grove Road, Greenville, SC, 864-455-9980.

f. Greenville Sheriff's Department records custodian, 4 McGee Street, Greenville, SC, 864-271-5210.

**(ii)** **The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:**

At this time, the Plaintiff does not intend to offer any testimony via deposition but reserves the right to designate testimony in reply if needed.

**(iii)** **An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises:**

Plaintiff intends to offer the following exhibits:

a. Greenville County Sheriff's Office Incident Report – May 9, 2015 (GCSO – LS170010 (Doricchi) 000028)

b. Greenville County Sheriff's Office Supplemental Report (GCSO – LS170010 (Doricchi) 000029-000033)

c. Response to Resistance/Aggression Review/Analysis (GCSO – LS170010 (Doricchi) 000026-000027)

d. Greenville Health System Medical Record (Greenville Memorial 0013-0020)

e. Jeremy Jones Office of Police Standards File (JONES 000903-002961)

f. Thomas Gowens Affidavit

Plaintiff may offer the following exhibits:

a. Greenville County Sheriff's Office General Orders "Employee Assessment System" (GCSO – LS170010 (Doricchi) 000097-000100)

b. Greenville County Sheriff's Office General Orders "Response to Resistance/Aggression" (GCSO – LS170010 (Doricchi) 000101-000113)

c. Greenville County Sheriff's Office General Orders "Criminal Process/Arrest" (GCSO – LS170010 (Doricchi) 000114-000130)

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

**BELL LEGAL GROUP, LLC**

s/J. Edward Bell, III
J. Edward Bell, III, Fed ID 1280
Victoria Knight
BELL LEGAL GROUP
219 N. Ridge Street
Georgetown, SC 25442
Telephone: 843-546-2408
Facsimile: 843-546-9604

**ATTORNEYS FOR THE PLAINTIFFS**

February 17, 2020
Georgetown, SC